ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FANYA AL MAIDAMA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 4:24-cv-06357 HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before January 6, 2025. The parties make this request because Defendants need a brief period of time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or February 4, 2025. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant must file their motion for summary judgment by March 6, 2025.

1 Dated: December 3, 2024                    Respectfully submitted,[1]

2                                            ISMAIL J. RAMSEY
                                             United States Attorney
3

4                                            _/s/ Elizabeth D. Kurlan_____
                                             ELIZABETH D. KURLAN
5                                            Assistant United States Attorney
                                             Attorneys for Defendants
6

7 Dated: December 3, 2024

8                                            _/s/ Ghassan J. Shamieh_____
                                             GHASSAN J. SHAMIEH
9                                            Attorney for Plaintiff

10

11                              **ORDER**

12                Pursuant to stipulation, IT IS SO ORDERED.

13

14 Date:   12/4/2024

15                                           HAYWOOD S. GILLIAM, JR.
                                             United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27     [1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
signatories listed herein concur in the filing of this document.

28
Stipulation to Extend
C 3:24-cv-06357 HSG                    2