PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FANYA AL MAIDAMA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-06357 HSG<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND ORDER** |

    On December 4, 2024, the Court granted the parties' stipulation to an extension of time for Defendants' response to Plaintiff's complaint, setting the due date for Defendants' motion for summary judgment as March 6, 2025. *See* Dkt. 9. On January 6, 2025, Defendants filed their answer to the complaint. *See* Dkt. 10. After Defendants filed their answer, the parties conferred and stipulate to an extension of time for Defendants' motion for summary judgment. Defendants will file their motion by April 7, 2025. The parties make this request because Defendants need additional time to prepare and finalize their motion for summary judgment. For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

Stipulation to Extend
C 4:24-cv-06357 HSG                                          1

Dated:	Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:

 */s/ Ghassan J. Shamieh*
GHASSAN J. SHAMIEH
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their motion for summary judgment by April 7, 2025.

Date:   3/6/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.